# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-172

—————————————————

JOHN JAMES DEAN,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

November 19, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Andy Thomas, Public Defender, and Robin B. Rogers, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.